1  Craig B. Sanders, Esq. (Cal Bar 284397)
   SANDERS LAW GROUP
2  100 Garden City Plaza, Suite 500
   Garden City, NY 11530
3  Tel: (516) 203-7600
   File No.: 123941
4
   *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Joshua Wong, | **Case No. 2:22-cv-00744-RGK-GJS** |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| -against- | Judge: Robert G. Klausner |
| Priyanka Chopra a/k/a Priyanka Chopra Jonas, | Complaint Filed: February 2, 2022 |
| Defendant. | |

//
//
//
//
//
//
//
//

Case No. 2:22-cv-00744-RGK-GJS

NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Joshua Wong ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: June 2, 2022

                              **SANDERS LAW GROUP**

                              By:  */s/ Craig B. Sanders*
                              Craig B. Sanders, Esq.
                              100 Garden City Plaza, Suite 500
                              Garden City, NY 11530
                              Tel: (516) 203-7600
                              Email: csanders@sanderslaw.group
                              File No.: 123941
                              *Attorneys for Plaintiff*